Dear Honorable Judge,                                   June 16, 2020

Hello, this is Derek and Christine Cook. We are the parents of a defendent being tried by the US federal Government. You have to make decisions daily that are tough but yet honorable. You have before you a case without a benefactor. Our son Joshua was born like all, an innocent baby boy, my baby boy. He played little leage and rode his big wheel like all other little boys his age. Some how in his teens, he landed in a ugly world of heroin which discriminates against nobody. He is a very bright and charming young man with a future if he can get the treatment he needs for his addiction. It is really sad to see our addict son have to face such an excessive sentence, when the more appropriate place for him to be is in a rehabilitation program. Armed with the right weapons or tools to fight addiction, we think Joshua would fare well in a civilized society.

The sentence proposed by the US Federal prosecutor seems very excessive for such a young man, without any previous felonies and no violent crimes. Joshua has a family here with his two sisters, A███ & K███, his step-mom Christine and myself his father, Derek. We have high hopes that after Joshua completes his incarceration, he will have acquired the tools needed to be a productive member of society.

The facts of this case sadden our family deeply and we send our sincerest condolences to all affected. Once again, there are no winners here, and all we hope and pray for is that you can offer some leniency in this sentence and possibly mandate some treatment as part of his incarceration.


Sincerely,

Derek and Christine Cook