Amy L. Bisson
512 Red Mangrove Ln
Apollo Beach, FL 33572
813-507-2719

August 18, 2020

The Honorable Judge Joseph Laplante
Judge of U.S. District Court, District of New Hampshire
55 Pleasant Street Concord, NH 03301

Re: Sentencing of Joshua Cook, Case No. 1-cr-143-01-JL

Dear Judge Laplante,

My name is Amy Bisson and I live in Apollo Beach, FL. I am writing to you on behalf of Joshua Cook. I've known Joshua almost his whole life, his Mother, Shannon and I went to school together. Joshua and my son also attended Cozy Kids Childcare in Londonderry for Daycare all the way through Kindergarten.

Prior to my move to Florida in October 2017, Josh and Shannon lived with me, on and off, in Manchester, NH. Shortly after that I met E▇▇▇ ▇▇▇, I always called her L▇. I witnessed their struggle with addiction first hand, I watched them try so hard to stay clean and then fall back into again. I would make them leave, they would come back a week or two later drug free but that would only last a short time. Unfortunately, in Manchester it was everywhere, to them it felt like there was no way out.

I finally realized that by giving them a roof over their head and food on the table was not helping them, it was enabling them. I made the hardest decision and packed up and moved to Florida. Josh was supposed to move with me but he would not leave his mom.

The night before I left which was October 26th, 2017, L▇ came by my place to say goodbye. That is when she told me she was pregnant so I gave her my winter coats and other winter items, I knew she was going to need. We talked a lot after I moved, she wanted to move to Florida, I told her she could live with me and I'd help her anyway I could, she wanted out, just like Josh but it felt hopeless.

I'm very familiar with Josh's case and the friendship that Josh and L▇ had. Josh lost a friend that day and that is something he will live with for the rest of his life, and that is why Drug Treatment while he is incarcerated is crucial. Josh is not a drug dealer, he has a disease and that is addiction. Drug Treatment will help him deal with those feelings and memories from his childhood and give him the tools to do so without using drugs. He has never had that before and he needs that now. If he does not get the treatment while incarcerated, then once he is released, there is no telling what will happen. So, I'm begging you please, allow him Drug Treatment. I've already lost L▇, I almost lost Shannon, I do not want to get the call that I've lost Josh too.

Joshua is a great kid, he is funny, he is smart, he loves his music, his family, his friends and his is capable of so much. I know that he is stronger than this disease but without the chance to fight it, he will never win. He is my family and if I could turn back time and never move to Florida, I would because then he would never have had to be at that hotel but when I left, he had nobody to turn to that loves and cares about him, the way he knows I do, he is my family and I do not want to lose him because the system failed him again.

Sincerely,

*Amy L. Bisson*

Amy L. Bisson