UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 18-cr-143-JL |
| ) | |
| JOSHUA COOK ) | |

## AMENDMENT TO THE PLEA AGREEMENT

The parties agree to the following amendment to the plea agreement (document 32).

Revise section 6 of the Agreement (Sentencing Stipulation and Agreements) as follows:

**Pursuant to Fed. R. Crim. P. 11 (c)(1)(C), the United States and the defendant stipulate and agree to the following:**

(a) A sentence of 120 months is the appropriate disposition of the case.

The remainder of section 6 is unchanged.

AGREED TO:

_____
Joshua Cook, Defendant

_____
Murat Erkan, Counsel for
Defendant

JOHN J. FARLEY
Acting United States Attorney

By: _____
Seth R. Aframe, AUSA